Case 7:23-cv-00065   Document 39   Filed 01/30/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| OLGA VARGAS, *et al.* § | |
| § | |
| Plaintiffs/Counter-Defendants, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:23-cv-00065 |
| § | |
| COMMUNITY LOAN SERVICING, LLC, § | |
| *et al.* § | |
| § | |
| Defendants/Counter-Plaintiffs. § | |

## AGREED JUDGMENT AS TO EDGAR ROJAS

Counter-Plaintiff/Third-Party Plaintiff Community Loan Servicing, LLC ("Community") filed its Original Third-Party Claim (Doc. No. 23) ("Third-Party Claim") asserting claims against Edgar Rojas ("Mr. Rojas") (collectively with Community, the "Parties"), among others, relating to its claims for judicial foreclosure of a mortgage lien and declaratory relief for the balance due under said lien. Mr. Rojas was named as a defendant therein because he claims an interest in the real property at issue.

Having considered the agreement of the Parties, IT IS ORDERED, ADJUDGED AND DECREED:

1. That Community have foreclosure of its lien evidenced by its Third-Party Claim and its Original Answer and Counterclaim ("Counterclaim") as such lien existed on July 13, 2007, with an address of 4542 E. FM 2812, Edinburg, Texas 78542 (the "Property") and more particularly described by legal description as:

> Lot Two (2), Block Thirteen (13), SANTA CRUZ GARDENS SUBDIVISION NO. 2, Hidalgo County, Texas, according to the map or plat thereof recorded in Volume 8, Pages 18 and 19 and amended in Volume 8, Pages 28 and 29, Map Records, Hidalgo County, Texas, reference to which is here made for all purposes.

2. That the Substitute Trustee's Deed dated February 11, 2020, and recorded in the Hidalgo County Real Property Records on February 24, 2024, at Document Number 3091491 (the "Substitute Trustee's Deed") and all related documents are hereby classified as second in time, junior and subordinate to Community's lien for all purposes and in all respects.

3. That the foreclosure of Community's lien as requested in the Third-Party Claim shall have the same effect on any interest Mr. Rojas may have in the Property and on the Substitute Trustee's Deed as if Community completed a non-judicial foreclosure pursuant to the Texas Property Code and any relevant provisions of the subject deed of trust.

4. That Mr. Rojas shall maintain any right and interest in and to excess proceeds of a foreclosure sale, if any.

5. This Agreed Judgment as to Edgar Rojas shall become final upon entry of a final judgment disposing of all parties and all claims.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 30th day of January 2024.

_____
Micaela Alvarez
Senior United States District Judge