United States District Court
Southern District of Texas
**ENTERED**
February 07, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| OLGA VARGAS, *et al.* § | |
| § | |
| Plaintiffs/Counter-Defendants, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 7:23-cv-00065 |
| COMMUNITY LOAN SERVICING, LLC, § | |
| *et al.* § | |
| § | |
| Defendants/Counter-Plaintiffs. § | |

## AGREED JUDGMENT AS TO THE UNITED STATES OF AMERICA

Counter-Plaintiff/Third-Party Plaintiff Community Loan Servicing, LLC ("Community") filed its Original Third-Party Claim (Doc. No. 23) ("Third-Party Claim") asserting claims against the United States of America ("USA") (collectively with Community, the "Parties"), among others, relating to its claims for judicial foreclosure of a mortgage lien and declaratory relief for the balance due under said lien. The USA was named as a defendant therein because it claims an interest in the real property at issue pursuant to multiple federal tax liens as specified in the Third-Party Claim.

Having the agreement of the Parties, IT IS ORDERED, ADJUDGED AND DECREED:

1. That Community have foreclosure of its lien evidenced by its Third-Party Claim and its Original Answer and Counterclaim ("Counterclaim") as such lien existed on July 13, 2007, with an address of 4542 E. FM 2812, Edinburg, Texas 78542 (the "Property") and more particularly described by legal description as:

> Lot Two (2), Block Thirteen (13), SANTA CRUZ GARDENS SUBDIVISION NO. 2, Hidalgo County, Texas, according to the map or plat thereof recorded in Volume 8, Pages 18 and 19 and amended in Volume 8, Pages 28 and 29, Map Records, Hidalgo County, Texas, reference to which is here made for all purposes.

2. That the following notices of tax liens are hereby classified as second in time, junior and subordinate to Community's lien for all purposes and in all respects:

   a. Notice of Federal Tax Lien recorded in the real property records of Hidalgo County as Instrument Number 2812774 on May 8, 2017;

   b. Notice of Federal Tax Lien recorded in the real property records of Hidalgo County as Instrument Number 2834583 on July 25, 2017; and

   c. Notice of Federal Tax Lien recorded in the real property records of Hidalgo County as Instrument Number 2929723 on July 3, 2018.

3. That the foreclosure of Community's lien as requested in the Third-Party Claim shall have the same effect on any interest the USA may have in the Property as if Community completed a non-judicial foreclosure pursuant to the Texas Property Code and any relevant provisions of the subject deed of trust.

4. That the USA shall maintain any right and interest in and to excess proceeds of a foreclosure sale, if any.

5. This Agreed Judgment as to the USA shall become final upon entry of a final judgment disposing of all parties and all claims.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 7th day of February 2024.

_____
Micaela Alvarez
Senior United States District Judge