Case 7:23-cv-00065   Document 52   Filed on 08/29/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| OLGA VARGAS, *et al.* § | |
| § | |
| Plaintiffs/Counter-Defendants, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 7:23-cv-00065 |
| COMMUNITY LOAN SERVICING, LLC, § | |
| *et al.* § | |
| § | |
| Defendants/Counter-Plaintiffs. § | |

## FINAL JUDGMENT

Having granted Counter-Plaintiff Community Loan Servicing, LLC's motion for default judgment and having entered default judgment in favor of Counter-Plaintiff and against Counter-Defendants Bank of America, N.A.; Olga Vargas; Rosendo Vargas; and Horacio Vargas, the Court now renders final judgment in accordance with Federal Rule of Civil Procedure 54. All issues in this case are resolved by the Court's order. This case is terminated and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 29th of August, 2024.

_____
Micaela Alvarez
Senior United States District Judge